# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS C. HODGKINS, et al., Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.3: 17-cv-30173-MGM |
| GERALD MANN, et al., Defendants, | ) ) **)** | |

## ORDER OF REMAND

**MASTROIANNI, D.J.**

Pursuant to the court's memorandum and order dated March 25, 2019 ordering that this case be remanded to the Hampshire County Superior Court, it is hereby ordered that this case be closed.

It is so ordered.

**Date:**   March 25, 2019              /s/ **Mark G. Mastroianni**
                                                                         U.S. District Court Judge